## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-60007-RS

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**MAGNUM 152 , INC. D/B/A US PAWN ET AL**


OJF2020000123

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 3rd day of January, 2020 at 12:03 pm to be served on **MAGNUM 152, INC. D/B/A US PAWN C/O GREENSPOON MARDER, P.A. REGISTERED AGENT, 100 W. CYPRESS CREEK ROAD, SUITE 700, FT. LAUDERDALE, FL 33309**.

I, HERBERT SCHWARTZ, do hereby affirm that on the **6th day of January, 2020** at **12:15 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ELIEZER JOSEPH** EMPLOYEE OF GREENSPOON MARDER, PA at the address of: **100 W. CYPRESS CREEK ROAD, SUITE 700, FT. LAUDERDALE, FL 33309** as **registered agent** for **MAGNUM 152, INC. D/B/A US PAWN C/O GREENSPOON MARDER, P.A. REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**HERBERT SCHWARTZ**
SPS #278

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2020000123

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g