## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-60007-RS

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**MAGNUM 152, INC. D/B/A US PAWN ET AL**


OJF2020000124

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 3rd day of January, 2020 at 12:03 pm to be served on **HOLLYWOOD COIN LAUNDRY & CLEANERS, INC. C/O JOHN O'BRIEN REGISTERED AGENT, 4500 GRIFFIN ROAD, HOLLYWOOD, FL 33314**.

I, ANDREW KARP, do hereby affirm that on the **9th day of January, 2020** at **10:35 am, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SANDRA ACOSTA** EMPLOYEE OF JOHN O'BRIEN at the address of: **4500 GRIFFIN ROAD, HOLLYWOOD, FL 33314** as **registered agent** for **HOLLYWOOD COIN LAUNDRY & CLEANERS, INC. C/O JOHN O'BRIEN REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020000124

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g